# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

JUN 2 9 2007

JAMES N. HATTEN, Clerk
By: /s/ S. Sewell
Deputy Clerk

| | | |
|---|---|---|
| WILLIE WESLEY BROWN, <br> Plaintiff, | : <br> : | CIVIL ACTION NO. <br> 1:07-CV-0333-TWT |
| v. | : <br> : | |
| JAMES DONALD; et al., <br> Defendants. | : <br> : | CIVIL RIGHTS <br> 42 U.S.C. § 1983 |

## ORDER AND OPINION

Plaintiff, Willie Wesley Brown, has submitted the instant civil rights complaint. By Order and Opinion entered on April 30, 2007, this Court allowed Plaintiff's access-to-courts claim to proceed against the named Defendants. [Doc. 9].

Along with a copy of the April 30, 2007, Order, this Court sent Plaintiff a USM 285 form, summons, and initial disclosures form for each Defendant. [Id. at 5]. This Court then directed Plaintiff "to complete a USM 285 form, summons, and initial disclosures form for each Defendant named in the . . . complaint, and to return them to the Clerk of Court within twenty (20) days from the entry date of this Order." [Id.]. Plaintiff was advised that failure to comply with the Court's direction as to the completion and return of the USM 285 form and summons may result in the dismissal of this action. [Id.].

As of June 21, 2007, Court records reflect that Plaintiff has failed to complete and return the USM 285 form, summons, and initial disclosure form for any of the

AO 72A
(Rev.8/82)

Defendants. Plaintiff has provided no reason to excuse his failure to complete and return these forms as directed.

Accordingly, **IT IS HEREBY ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to comply with a lawful order of this Court. LR 41.3(A)(2), N.D. Ga. Plaintiff should note that this dismissal without prejudice does not preclude him from renewing his claims in a new civil action.

**IT IS SO ORDERED**, this  29  day of  June , 2007.


_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE